# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS QUEVEDO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:12-at-00013<br><br>**ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Docket No. 3) |

　　　　On January 9, 2012, Plaintiff Thomas Quevedo ("Plaintiff") filed a complaint and an application to proceed *in forma pauperis*. (Docs. 1, 3.)  The Court determined that Plaintiff's application to proceed *in forma pauperis* failed to provide complete responses to Questions 2b and 3.

　　　　Specifically, the application failed to provide the address of Plaintiff's former employer as required in Question 2b and failed to answer either "yes" or "no" as required to the subparts of Question 3. As such, the Court cannot make a final determination as to Plaintiff's request to proceed *in forma pauperis*. Further, Question 4 indicates that Plaintiff has $7,500 in savings. Plaintiff should, therefore, provide an explanation demonstrating why it is appropriate for him to proceed *in forma pauperis*.

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff file a revised application to proceed *in forma pauperis* within ten (10) days of the date of this order.

IT IS SO ORDERED.

**Dated:　January 12, 2012**　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE